## In re SIMON II LITIGATION

Nos. 00–CV–5332, 98–CV–0675, 98–CV–1492, 98–CV–3287, 99–CV–1988, 99–CV–6142, 00–CV–2340, 00–CV–4442, 02–CV–0599, 02–CV–4632.

United States District Court,
E.D. New York.

June 17, 2002.

Weitz & Luxenberg, New York City, By Perry Weitz, Robert J. Gordon, Jerry Kristal, Richard L. Akel, Lieff, Cabraser, Heimann, & Bernstein, New York City, By Steven E. Fineman, Thomas M. Sobol, Lieff, Cabraser, Heimann, & Bernstein, San Francisco, CA, By Elizabeth J. Cabraser, Richard M. Heimann, Robert J. Nelson, Sporwood Wilner Maciejewski & Matthews, P.A., Jacksonville, FL, By Norwood Wilner, Wait, Chesley, Waite, Schneider, Bayless & Chesley, Cincinnati, OH, By Stanley Chesley, Brown Rudnick Freed & Gesmer, Boston, MA, By Gregory T. Carnold, Wayne F. Dennison, Sheller Ludwig & Badley, Philadelphia, PA, By Charles Mangan, for Plaintiff in Simon I & Simon II.

Law Offices of Peter G. Angelos, P.C., Baltimore, MD, By Joshua Kassner, John Angelos, O'Donoghue & O'Donoghue, Washington, D.C., for Plaintiff National Asbestos.

Milberg Weiss Bershad Hynes & Lerach, New York, By Melvyn I. Weiss, Beth A. Kaswan, Michael C. Spencer, for Plaintiff Bergeron.

Dewey Ballantine LLP, New York, By Paul J. Bschorr, Vincent R. FitzPatrick, Jr., Michael Hefter, Heather K. McDevitt, Dewey Ballantine LLP, Washington, DC, By Martha J. Talley, for Plaintiffs Blue Cross, et al.

The Cuneo Law Group, Washington, D.C., By Jonathon W. Cuneo, Hutton & Hutton, Wichita, KS,.By Mark B. Hutton, Derek S. Casey, Chan P. Townsley, Richardson & Ward, Tulsa, OK, By Gary Richardson, for Plaintiff Mason, et al.

Orrick, Herrington & Sutcliffe, LLP, New York City, By Peter A. Bicks, James L. Stengel, Thompson, McNaboe, Ashley & Bull, LLC, P.A., Portland, MA, By Thomas R. McNaboe, Kazan, McClain, Edises, Simon & Abrams, Steven Kazan, Oakland, CA, for Plaintiff Raymark.

Sedgwick, Detert, Moran & Arnold, New York City, By Kevin J. Dunne, Eric M. Kraus, Kirkland & Ellis, New York City, By Marjorie P. Lindblom, David Bernick, Andrew R. McGaan, Deirdre A. Fox, Goodwin, Proctor & Hoar, LLP, Boston, MA, By U. Gwyn Williams, for Defendant Brown & Williamson.

Jones, Day, Reavis & Pogue, New York City, By Harold Keith Gordon, Byron G. Stier, George Kostolampros, Jones, Day, Reavis & Pogue, Cleveland, OH, By Theodore M. Grossman, Hugh R. Witing, Mark A. Belasic, Jones, Day, Reavis & Pogue, Washington, D.C., By Robert H. Klonoff, Jones, Day, Reavis & Pogue, Dallas, TX, By Jerome R. Doak, Margaret I. Lyle, Womble Carlyle Sandridge & Rice, Winston–Salem, NC, By Ursula M. Henninger, for Defendant R.J. Reynolds.

Greenberg Traurig, LLP, New York City, By Alan Mansfield, Robert J. Kirshenberg, Stephen L. Saxl, Shook, Hardy & Bacon, LLP, Kansas City, MO., By William L. Allinder, Lori Connors McGroder, for Defendant Lorillard Tobacco.

Simpson Thacher & Bartlett, New York City, By Michael V. Corrigan, Joseph M. McLauglin, Ronald M. Neuman, Adam I. Stein, for Defendant BAT Industries, p.l.c.

Chadbourne & Parke, LLP, New York City, By Donald J. Strauber, David A. Wallace, Daniel Endick, for Defendant BATCO.

Arnold & Porter, Washington, DC, By Peter Bleakley, Murray R. Garnick, David S. Eggert, Eric Suter, Dechert Price & Rhoads, New York City, By Peter L. Critchell, Collier, Shannon, Rill & Scott, Washington, DC, By John B. Williams, Thomas W. Mitchell, Goodwin, Proctor & Hoar, Boston, MA, By Kenneth J. Parsigian, Paul E. Namser, for Defendant Philip Morris.

Debevoise & Plimpton, New York City, By Anne E. Cohen, Harry Zirlin, Steven S. Michaels, for Defendant Council for Tobacco Research USA, Inc.

Davis & Gilbert LLP, New York City, By Bruce J. Ginsberg, for Defendant Hill & Knowlton.

Seward & Kissel LLP, New York City, By Jacob Horowitz, for Defendant Tobacco Institute.

Jacob Medinger & Finnegan, New York City, By Bryan A. McKenna, for Defendant Smokeless Tobacco.

Skadden Arps Slate Meagher & Flom, New York City, By Arthur H. Aizley, Eric S. Sarner, for Defendant U.S. Tobacco.

Kasowtiz Benson Torres & Friedman, New York City, By Leonard A. Feiwus, for Defendant Liggett.

*MEMORANDUM AND ORDER (MASON)*

WEINSTEIN, Senior District Judge.

In reviewing the docket sheets and memoranda in *James Mason v. The American Tobacco Co.*, 00–CV–4442, I find papers on a stay, severance, transfer and certification, but no formal motion to dismiss for failure to state a cause of action. If the parties wish to make a motion to dismiss, or a motion for summary judgment, or to renew a motion made in another venue, the motion should be made or renewed promptly so that the viability of the plaintiffs' theory can be addressed directly when next we meet. My recollection is that the validity of the theory of plaintiffs' case as an individual or class action pursuant to sections 1395y(b)(3)(A) and 2651 of title 42 of the United States Code, *see, e.g.*, Third Amended Class Action Complaint, Prayer for Relief ¶ 17, has been adverted to in courtroom discussions.

SO ORDERED.